# United States District Court
## Violation Notice

**CVB Location Code:** CA74

**Violation Number:** 6809704
**Officer Name (Print):** Wantz
**Officer No.:** 652

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/29/2018 16:16
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code — 36 CFR 4.12
**Place of Offense:** Yosemite NP. River Straight
**Offense Description; Factual Basis for Charge:** Failure to comply with traffic control device. Bus lane
**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Last Name:** Rao
**First Name:** Arun
**M.I.:** —

**Tag No.:** 7JBE872
**State:** CA
**Year:** 2015
**Make/Model:** Toyota
**PASS:** ☐
**Color:** Silver

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 250 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 280 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 
**Date (mm/dd/yyyy):** 
**Time (hh:mm):** 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** 

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
✓ my personal observation    ✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 01/18/2019  **Officer's Signature:** [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident